```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

DOUGLAS E. PALERMO,
                            Debtor,                      08 Civ. 7421 (RPP)
------------------------------------------------------------X
DAVID R. KITTAY, TRUSTEE
                            Plaintiff,

            - against -                                ORDER

JOSEPH KORFF,
                            Defendant,
------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

      The parties are ordered to appear before this Court on Friday October 22, 2010 at 9:30am for a pre-trial conference on the admissibility of exhibits and deposition designations and in order to resolve any other issues in the Pre Trial Order, Requests to Charge and Voir Dire Requests.

SO ORDERED.

Dated: New York, New York
October 21, 2010

                                                           Robert P. Patterson, Jr.
                                                           U.S.D.J.

**Copies of this Order have been sent to:**

*Counsel for Plaintiff:*
**Bijan Amini**
Storch, Amimi & Munves, P.C.,
2 Grand Central Tower, 25th Floor
New York, NY 10017
(212) 490-4100
Fax: (212) 490-4208

**Bonnie Alison Tucker**
Storch Amini & Munves, P.C.
2 Grand Central Tower,
140 East 45th Street
25th Flr.
New York, NY 10017
(212) 490-4100

**Jonathan Michael Bardavid**
Storch Amini & Munves, P.C.
2 Grand Central Tower,
140 East 45th Street
25th Flr.
New York, NY 10017
(212) 490-4100

*Counsel for Defendant:*
**Carl W. Oberdier**
Schiff Hardin LLP
900 Third Avenue
New York, NY 10022
(212)753-5000
Fax: (212)753-5044