UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
DAVID R. KITTAY                    :
                                   :  Case No. 08 cv 7421 (KMK)
        Plaintiff,                 :
                                   :
   v.                              :
                                   :  USDC SDNY
                                   :  DOCUMENT
                                   :  ELECTRONICALLY FILED
JOSEPH KORFF,                      :  DOC #: _____
                                   :  DATE FILED: 10/22/10
        Defendant.                 :
                                   :
---------------------------------------------------------- X

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 1.4 of the Local Civil Rules for United States District Court for the Southern and Eastern Districts of New York, the undersigned hereby moves to withdraw his appearance on behalf of the plaintiff in the above-captioned action. The undersigned is no longer associated with counsel for the plaintiff, Storch, Amini and Munves P.C. The undersigned left the offices of counsel for plaintiff in November 2008 and only recently learned that he was still listed as counsel for plaintiff. The plaintiff will continue to be represented by Storch, Amini and Munves P.C. and thus the withdrawal will not delay this matter.

Dated: October 19, 2010

Jonathan Bardavid (JB0072)

Motion Granted
So Ordered
[signature]
10/19/10

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2010, a copy of the foregoing Motion to Withdraw Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

_____
Jonathan Bardavid (JB 0072)

88888888\2814\2434643.1

2