UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
DAVID R. KITTAY,

        Plaintiff,                  No. 08-CV-7421 (RPP)

-v-

JOSEPH KORFF,                   NOTICE OF APPEARANCE AND
                                                    DEMAND FOR SERVICE OF
        Defendant.                 PAPERS
------------------------------------------------------X

      PLEASE TAKE NOTICE that the undersigned hereby appears as co-counsel of record for the defendant in the above-captioned action, and requests that all notices and all papers served or required to be served in this case be given to and served upon the undersigned.

Dated: New York, New York
       October 25, 2010                By:     /s/ Andrea H. Marcus
                                                          Andrea H. Marcus (AM1994)

                                                          250 Park Avenue, Ste. 501
                                                          New York, New York 10177
                                                          Tel: (203) 767-2580
                                                          Fax: (212) 702-5807
                                                          andrea.marcus@gmail.com