Bijan Amini, Esq. (BA 3533)
Bonnie A. Tucker, Esq. (BT 8340)
STORCH AMINI & MUNVES PC
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
(212) 490-4100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | | |
|---|---|---|
| DAVID R. KITTAY, TRUSTEE, | : | 08 Civ. 7421 (RPP) |
| Plaintiff, | : | |
| - against - | : | **NOTICE OF APPEARANCE** |
| Joseph Korff, | : | |
| Defendant. | : | |

-------------------------------------------------------------------x

   PLEASE TAKE NOTICE that, Lita Beth Wright, of Storch Amini & Munves PC, hereby adds her appearance as attorney of record for plaintiff DAVID R. KITTAY, TRUSTEE, in the above-captioned action, and that from hereinafter, any notices, pleadings, orders, correspondence, and all other papers filed or served in this matter should be served on the undersigned at the address set forth below.

Dated: New York, New York
   November 15, 2009

STORCH AMINI & MUNVES PC

By: __/s/ Lita Beth Wright_____
   Bijan Amini (BA 3533)
   Lita Beth Wright (LW 0442)
   Bonnie A. Tucker (BT 8340)
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
(212) 490-4100
*Attorneys for Plaintiff*