BIJAN AMINI – [BA 3533]
LITA BETH WRIGHT – [LW 0442]
BONNIE A. TUCKER – [BT 8340]
**STORCH AMINI & MUNVES PC**
2 Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
Telephone: (212) 490-4100
Facsimile: (212) 490-4208
Attorneys for Plaintiff
David R. Kittay, Trustee

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
|  |  |  |
|---|---|---|
| DAVID R. KITTAY, TRUSTEE, | : | 08 Civ. 7421 (RPP) |
|  | : |  |
| Plaintiff, | : |  |
|  | : | **NOTICE OF MOTION** |
| - against - | : |  |
|  | : |  |
| JOSEPH KORFF, | : |  |
|  | : |  |
| Defendant. | : |  |

-----------------------------------------------------------------x

  **PLEASE TAKE NOTICE THAT** upon the accompanying Declaration of Lita Beth

Wright, Esq., the exhibits annexed thereto, and the Memorandum of Law in Support of Plaintiff's

Motion for Attorneys' Fees and Pre-Judgment Interest, Plaintiff, David R. Kittay, Trustee, will

move this Court, at a time and date set by the Court, before The Honorable Robert P. Patterson, Jr.,

at the United States District Court, Southern District of New York, 500 Pearl Street, New York,

New York 10007, for an order awarding Plaintiff his reasonable attorneys' fees, pursuant to New

York Debtor-Creditor Law § 276-a and FED. R. CIV. P. 54(d), pre-judgment interest pursuant to

FED. R. CIV. P. 59(e), and for such other relief as this Court deems just and equitable.

Dated: New York, New York
       February 3, 2011

                                    STORCH AMINI & MUNVES PC


                                    By: /s/ Lita Beth Wright
                                         Bijan Amini (BA 3533)
                                         Lita Beth Wright (LW 0442)
                                         Bonnie A. Tucker (BT 8340)
                                         Two Grand Central Tower
                                         140 East 45th Street, 25th Floor
                                         New York, New York 10017
                                         (212) 490-4100
                                         *Attorneys for Plaintiff*


TO:    Carl W. Oberdier, Esq.
       SCHIFF HARDIN LLP
       900 Third Avenue
       New York, NY 10022
       Tel: (212)753-5000
       Fax: (212)753-5044
       Email: coberdier@schiffhardin.com
       *Attorneys for Defendant*

2