BIJAN AMINI – [BA 3533]
LITA BETH WRIGHT – [LW 0442]
BONNIE A. TUCKER – [BT 8340]
**STORCH AMINI & MUNVES PC**
2 Grand Central Tower, 25th Floor
140 East 45th Street
New York, New York 10017
Telephone: (212) 490-4100
Facsimile: (212) 490-4208
Attorneys for Plaintiff
David R. Kittay, Trustee

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| DAVID R. KITTAY, TRUSTEE, | 08 Civ. 7421 (RPP) |
| Plaintiff, | |
| - against - | **NOTICE OF MOTION** |
| JOSEPH KORFF, | |
| Defendant. | |

------------------------------------------------------------x

**PLEASE TAKE NOTICE THAT** upon the accompanying Declaration of Lita Beth Wright, Esq., the exhibits annexed thereto, and the Memorandum of Law in Support of Plaintiff's Motion for Pre-Judgment Interest, Plaintiff, David R. Kittay, Trustee, will move this Court, at a time and date set by the Court, before The Honorable Robert P. Patterson, Jr., at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order awarding Plaintiff pre-judgment interest pursuant to FED. R. CIV. P. 59(e) and the February 4, 2011 Opinion and Order of this Court (Patterson, Jr., J.), and for such other relief as this Court deems just and equitable.

Dated: New York, New York
       February 7, 2011

                        STORCH AMINI & MUNVES PC

                        By: /s/ Lita Beth Wright
                           Bijan Amini (BA 3533)
                           Lita Beth Wright (LW 0442)
                           Bonnie A. Tucker (BT 8340)
                           Two Grand Central Tower
                           140 East 45th Street, 25th Floor
                           New York, New York 10017
                           (212) 490-4100
                           *Attorneys for Plaintiff*

TO:    Carl W. Oberdier, Esq.
        SCHIFF HARDIN LLP
        900 Third Avenue
        New York, NY 10022
        Tel: (212)753-5000
        Fax: (212)753-5044
        Email: coberdier@schiffhardin.com
        *Attorneys for Defendant*