
BIJAN AMINI - [BA 3533]
LITA BETH WRIGHT - [LW 0442]
BONNIE A. TUCKER - [BT 8340]
**STORCH AMINI & MUNVES PC**
140 East 45th Street
New York, New York 10017
Telephone: (212) 490-4100
Facsimile: (212) 490-4208
bamini@samlegal.com
lbwright@samlegal.com
btucker@samlegal.com
Attorneys for Plaintiff
David R. Kittay, Trustee

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DAVID R. KITTAY, TRUSTEE,

          Plaintiff,

    - against -

JOSEPH KORFF,

          Defendant.
-----------------------------------------------------------------x

08 Civ. 7421 (RPP)

**REQUEST TO TAX COSTS PURSUANT TO LOCAL CIVIL RULE 54.1**

**PLEASE TAKE NOTICE THAT**, the Plaintiff, David Kittay, hereby submits to the Clerk of the Court of the United States District Court, for the Southern District of New York, located at 500 Pearl Street, the within Bill of Costs and Declaration of Lita Beth Wright in Support of Plaintiff's Bill of Costs, to be taxed on February 25, 2011.

Dated: New York, New York
         February 18, 2011

                        STORCH AMINI & MUNVES PC

                        By:      /s/ Lita Beth Wright
                            Bijan Amini (BA 3533)
                            Lita Beth Wright (LW 0442)
                            Bonnie A. Tucker (BT 8340)
                            140 East 45th Street, 25th Floor
                            New York, New York 10017
                            (212) 490-4100
                            *Attorneys for Plaintiff*

TO:   Carl W. Oberdier, Esq.
      SCHIFF HARDIN LLP
      900 Third Avenue
      New York, NY 10022
      Tel: (212)753-5000
      Fax: (212)753-5044
      Email: coberdier@schiffhardin.com
      *Attorneys for Defendant*