# EXHIBIT A

**Shlomo Kreitman**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Monday, January 07, 2008 5:26 PM |
| **To:** | Shlomo Kreitman |
| **Subject:** | Pay.Gov Payment Confirmation |

THIS IS AN AUTOMATED MESSAGE.   PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: NY Southern CM ECF
Pay.gov Tracking ID: 24UG3P8D
Payment Agency Tracking ID: 4583993


Cardholder Name: Steven G. Storch
Cardholder Address: 140 E. 45th Street
                    25th Floor
Cardholder City: New York
Cardholder State: NY
Cardholder Country: USA
Cardholder Zip Code: 10017
Card Type: American Express
Payment Amount: $1,000.00
Transaction Date: Jan 7, 2008 5:25:41 PM

**Bonnie Tucker**

| | |
|---|---|
| **From:** | nysbinfo@nysb.uscourts.gov |
| **Sent:** | Monday, January 07, 2008 5:03 PM |
| **To:** | courtmail@nysb.uscourts.gov |
| **Subject:** | 08-08204-ash Complaint |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Bardavid, Jonathan entered on 1/7/2008 at 5:02 PM and filed on 1/7/2008

| | |
|---|---|
| **Case Name:** | Kittay v. Korff |
| **Case Number:** | 08-08204-ash |
| **Document Number:** 1 | |
| **Case Name:** | Douglas E. Palermo |
| **Case Number:** | 05-25081-ash |
| **Document Number:** 66 | |

**Docket Text:**
Adversary case 08-08204. Complaint against Joseph Korff . Nature(s) of Suit: (13 (Recovery of money/property - 548 fraudulent transfer)), (11 (Recovery of money/property - 542 turnover of property)), (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) Filed by Jonathan Bardavid, Jonathan Bardavid on behalf of David Kittay. (Attachments: # (1) Exhibit Exhibit A) (Bardavid, Jonathan)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\alex\Desktop\Kittay Filing 1.7.2008\Korff.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=1/7/2008] [FileNumber=6401649-0] [ 1237a93550c554d49ade7167bb2c24fbcc9c12cfa23a91f5d28b7b75ceef126b379ee9 def6c15dff1eefd3fbad0c2bdc090e78b37f3cebb1f188f0c02a34e13f]]
**Document description:**Exhibit Exhibit A
**Original filename:**C:\Documents and Settings\alex\Desktop\Kittay Filing 1.7.2008\Exhibit A.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=1/7/2008] [FileNumber=6401649-1] [ 3cdff24ced244e9f8d3d1a8209035ab6076f7296376d5ca83c2a546a1399ee97d08eb4 3a9d1637f5fef9fa5c72b9312215b95b28590661aca4e13c515b2a11f9]]
**Document description:**Main Document
**Original filename:**C:\Documents and Settings\alex\Desktop\Kittay Filing 1.7.2008\Korff.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=1/7/2008] [FileNumber=6401650-0] [

1aeab0d9e3c406d087dab60673a97b4225ae991b8f45a8ca8f937c233bf592d40f9072
83e5edc29307925a4a8b4bafd1b12da50d354733f63b59285a9901d361]]
**Document description:**Exhibit Exhibit A
**Original filename:**C:\Documents and Settings\alex\Desktop\Kittay Filing 1.7.2008\Exhibit A.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=1/7/2008] [FileNumber=6401650-1] [
98f0f6b4d9f5f44c256c554ad072562a5677d7330c8419c2a1e320543cba33f622dc21
61db284c467ab70a1fa74bc5ec5a65b23a7b31d7e8a5d2c3f60d8328b2]]

**08-08204-ash Notice will be electronically mailed to:**

**08-08204-ash Notice will not be electronically mailed to:**

Jonathan Bardavid
Storch Amini & Munves, P.C.
2 Grand Central Tower
140 E. 45th Street, 25th Floor
New York, NY 10017

Joseph Korff
803 3rd Ave
New York, NY 10022

**05-25081-ash Notice will be electronically mailed to:**

Bijan Amini      jfender@samlegal.com

Jonathan Bardavid      jbardavid@samlegal.com

Russell Bogart      rbogart@samlegal.com, jfender@samlegal.com

Bruce Buechler      bbuechler@lowenstein.com

Sheila E. Carson      scarson@lowenstein.com

David R. Kittay      kittaygershfeld@yahoo.com, NY55@ecfcbis.com

Richard L. Koral      richardlkoral@optonline.net

A. Peter Lubitz      plubitz@schiffhardin.com, bneff@schiffhardin.com

Laurence May      lmay@coleschotz.com

Denise Mondell      denise.mondell@po.state.ct.us

Frederick E. Schmidt      eschmidt@herrick.com

Nolan E. Shanahan      nshanahan@coleschotz.com

Samuel Jason Teele     jteele@lowenstein.com

**05-25081-ash Notice will not be electronically mailed to:**

Jonathan Bardavid
Storch Amini & Munves, P.C.
2 Grand Central Tower
140 E. 45th Street, 25th Floor
New York, NY 10017

Brian Farley
PMD Company
,

Phillip Herlihy
PMD Company
430 Carol Place
Pelham, NY 10803

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

PMD Company
,

TypeWrite Word Processing Service
,

TypeWrite Word Processing Service
356 Eltingville Boulevard
Staten Island, NY 10312

# EXHIBIT B

 

# Demovsky Lawyer Service

### Invoice

**Invoice Number:**
266645

401 Broadway, Suite 510
New York, NY 10013
Ph. 212-925-1220  Fax  212-941-0235
www.demovskylawyerservice.com
www.nationalserve.com

**Invoice Date:**
Jan 31, 2008

**Page:**
1

To:  BONNIE FIELDS

Storch Amini & Munves PC
2 Grand Central Towers
25th Floor
New York, NY  10017
USA

| Account Number | Worksheet Number | Payment Terms | |
|---|---|---|---|
| 4832 | 131315 | Net 30 Days | |
| | | **Request Date** | **Due Date** |
| | | 1/17/08 | 3/1/08 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| | | DAVID KITTAY      V   JOSEPH KORFF | | |
| 1.00 | SMN | 05-25081 | | |
| | | Process Service  - Manhattan | 75.00 | 75.00 |
| | | JOSEPFF KORF | | |
| 92.00 | CPY | Copies | | |
| 1.00 | CP | Courier/Postage | 0.75 | 69.00 |
| 1.00 | PU | DELIEVRY | 2.16 | 2.16 |
| | | | 15.00 | 15.00 |

Check No:

| | |
|---|---|
| Subtotal | 161.16 |
| Sales Tax | 5.78 |
| Total Invoice Amount | 166.94 |
| Payment Received | 0.00 |
| **TOTAL** | 166.94 |

 WE NOW ACCEPT ONLINE PAYMENTS



**w w w . d l s n y . c o m**

"DLS, INC." TAX ID NO.

# EXHIBIT C



**REPORTING**

24|7 Worldwide Client Service

Corporate Headquarters
747 Third Avenue - 28th Floor
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 12/15/2008
**INVOICE #** 112008-61792

**Bill To:**     Stacy E. Yeung Esq.
Storch Amini & Munves,
2 Grand Central Towers
140 East 45th Street, 25th Floor
New York, NY 10017

**CASE:**          Kittay v. Korff
**DEPOSITION:**    Korff, Joseph
**DATE:**          11/20/2008
**CITY:**          New York
**STATE:**         New York

**Comments or Special Instructions:**     Transcript ASCII emailed 12/4/2008.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Linda Salzman | | Messenger | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 61 | $4.45 | $271.45 |
| Reporter Appearance Fee / Session | 1 | $40.00 | $40.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 50 | $0.15 | $7.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $318.95 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $333.95 |

Please make all checks payable to: **TSG Reporting, Inc.**        **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/28/2010
**INVOICE #** 101410-88144

**Bill To:**    Bonnie Alison Tucker Esq.
Storch Amini & Munves, P.C.
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017

**CASE:** Kittay v. Korff
**DEPOSITION:** Korff, Joseph
**DATE:** 10/14/2010
**CITY:** New York
**STATE:** New York

**Comments or Special Instructions:**

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Francis Frederick | | Messenger | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 97 | $4.45 | $431.65 |
| Original Transcript - Expedited Delivery | 97 | $1.75 | $169.75 |
| Rough ASCII | 97 | $1.35 | $130.95 |
| Reporter Appearance Fee / Session | 1 | $40.00 | $40.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 154 | $0.15 | $23.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |

| | |
|---|---|
| SUBTOTAL | $795.45 |
| SHIPPING & HANDLING | $15.00 |
| **TOTAL** | $810.45 |

Please make all checks payable to: **TSG Reporting, Inc.**     **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 10/31/2010
**INVOICE #** 102410-88272

**Bill To:**    Bijan Amini Esq.
Storch Amini & Munves, P.C.
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017

**CASE:**    Kittay v. Korff
**DEPOSITION:**    Lampert, Gary / Kasem, Azeta
**DATE:**    10/24/2010
**CITY:**    New York
**STATE:**    New York

**Comments or Special Instructions:**    Transcript ASCII emailed on 10/24/2010.

| REPORTER | VIDEOGRAPHER | SHIP VIA | TERMS |
|---|---|---|---|
| Aylette Gonzalez | | Messenger | net 30 |

| DESCRIPTION | # OF PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript - Kasem | 199 | $4.45 | $885.55 |
| Original Transcript - Immediate Delivery | 199 | $3.75 | $746.25 |
| Original Transcript - Weekend Pages | 199 | $2.00 | $398.00 |
| Interactive Real-time | 199 | $1.35 | $268.65 |
| Rough ASCII | 199 | $1.35 | $268.65 |
| Reporter Appearance Fee / Weekend Session | 1 | $75.00 | $75.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 10 | $0.15 | $1.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 199 | -$0.40 | -$79.60 |
| | | | |
| Certified Transcript - Lampert | 55 | $3.25 | $178.75 |
| Certified Transcript - Immediate Delivery | 55 | $3.50 | $192.50 |
| Certified Transcript - Weekend Pages | 55 | $1.25 | $68.75 |
| Rough ASCII | 55 | $1.35 | $74.25 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked | 41 | $0.15 | $6.15 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $50.00 | $0.00 |
| | | SUBTOTAL | $3,084.40 |
| | | SHIPPING & HANDLING | $15.00 |
| | | TOTAL | $3,099.40 |

Please make all checks payable to: **TSG Reporting, Inc.**    **Federal ID # 41-2085745**

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of 1.5% per
month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT D

# INVOICE

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

INVOICE NOS. 0166049-IN, 0166050-IN, 0166051-IN

INVOICE DATE         11/2/2010

Schiff, Hardin - NY
900 Third Avenue, 23rd Floor (Cecilia Koch
New York, NY 10022

CUSTOMER NO.         1001959
WORK ORDER NOS.      101323,101324,101325
SALESPERSON          CS1W

Attention: Carl W Oberdier

---

| Job Date | DAVID R. KITTAY V JOSEPH KORFF, IN RE:<br>CASE NO.      08CV07421 | | | | | |
|----------|----------------------------------|-----|------|-----|------|----------|
| 10/25/2010 | Original | 189 | PGES | at | 7.98 | 1,508.22 |

| Job Date | DAVID R. KITTAY V JOSEPH KORFF, IN RE:<br>CASE NO.      08CV07421 | | | | | |
|----------|----------------------------------|-----|------|-----|------|----------|
| 10/26/2010 | Original | 211 | PGES | at | 7.98 | 1,683.78 |

| Job Date | DAVID R. KITTAY V JOSEPH KORFF, IN RE:<br>CASE NO.      08CV07421 | | | | | |
|----------|----------------------------------|-----|------|-----|------|----------|
| 10/27/2010 | Original | 196 | PGES | at | 7.98 | 1,564.08 |

| | |
|---|---|
| Total: | 4,756.08 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **4,756.08** |

# EXHIBIT E



Esquire Solutions - New York City
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Toll Free (800) 944-9454
Fax (866) 590-3205



*Invoice # EQ105991*

| Invoice Date | 10/31/2010 |
|---|---|
| Terms | NET 30 |
| Payment Due | 12/01/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

MADDIE SCHELER ,ESQ.
STORCH AMINI & MUNVES, PC
25TH FLOOR
140 EAST 45TH STREET
NEW YORK, NY 10017

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/11/2007 | KITTAY, DAVID R. vs. PALERMO, DOUGLAS | 314826 | 10/22/2010 | NONE |

| Description |
|---|
| Original Deposition for TAPE TRANSCRIPTION , 12/11/2007 |

*SHIPPED TO: SCHELER, MADDIE ESQ.*
*25TH FLOOR*
*140 EAST 45TH STREET*
*NEW YORK, NY 10017*
*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A DAILY EXPEDITED RATE.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 12/16/20** | **$ 88.55** |
| Amount Due After 12/16/2010 | $ 97.41 |

Tax Number:    22-3779684

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**





| | |
|---|---|
| Invoice #: | EQ105991 |
| Payment Due: | 12/01/2010 |
| **Amount Due On/Before 12/16/2010** | **$ 88.55** |
| Amount Due After 12/16/2010 | $ 97.41 |

MADDIE SCHELER ,ESQ.
STORCH AMINI & MUNVES, PC
25TH FLOOR
140 EAST 45TH STREET
NEW YORK, NY 10017

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

073 0000105991 10312010 8 000008855 1 12012010 12162010 0 000009741 33

# EXHIBIT F

**KROLL ONTRACK®** | **TRIALGRAPHIX.**

## INVOICE

**Please make check payable to:**

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX  75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone:  800-334-5403
Fax:          305-576-0188

**Invoice #: INY217283**
**Client #:**  S0683-01
**Date:**     11/01/2010
**Due Date:** Due Upon Receipt
**Page:**    1 of 1

Ms. Maddie Scheler
Storch, Amini & Munves
140 East 45th
25 Floor
New York, New York  10174

**Ship To/Remarks:**

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| REPRO Kittay v. Korff # 8860.04 | N14837 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| 36x48 B&W Large Format Board ½" Mounted & Laminated | 1.00 | $135.50 | $135.50 |
| AH/Weekend Time | 2.00 | $195.00 | $390.00 |
| Pickup/Delivery - Local | 1.00 | $35.00 | $35.00 |

| | |
|---|---|
| Subtotal | $560.50 |
| Tax | $49.75 |
| Total | $610.25 |

Services rendered after 11/01/2010 will appear on your next month's invoice.



# Invoice

| Date | Invoice # |
|---|---|
| 10/26/2010 | 46847 |

| Bill To | Ship To |
|---|---|
| Storch Amini & Munves PC<br>2 Grand Central Tower<br>140 East 45th Street, 25th Floor<br>New York, NY 10017<br>Attn: Rachel Flaschner | Storch Amini & Munves PC<br>2 Grand Central Tower<br>140 East 45th Street, 25th Floor<br>New York, NY 10017<br>Attn: Rachel Flaschner |

| P.O. Number | Terms | Due Date | Rep | Ship | Via | Job Requestor | Driven Project # |
|---|---|---|---|---|---|---|---|
| 8860.04 | Net 30 | 11/25/2010 | SF | 10/26/2010 | DRIVEN | Rachel Flaschner | 20456.1 |

| Quantity | Item | Description | Price Each | Amount |
|---|---|---|---|---|
| 1,015 | Scan BW 8.5 X 11 | Grade C | 0.11 | 111.65 |
| 13,195 | B & W Copies | B&W Copies - 8.5x11 Grade C | 0.11 | 1,451.45T |
| 58 | Labeling | Folder Labels | 0.03 | 1.74T |
| 174 | Tab-Alpha Numeric | Standard Tab | 0.20 | 34.80T |
| 8 | Binder 3" BD | Black, D-Ring | 6.00 | 48.00T |
| | | | | |
| | | Client Matter: Douglas E. Palermo [8860.04] | | |
| | | Sales Tax | 8.875% | 136.32 |

Thank you for your business.

NY

| Total | $1,783.96 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $1,783.96 |

Federal Tax ID Number:   54-2056355

*Client has 30 days from receipt of Driven work-product to inspect the work. If no objection to quality is made within this 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.*



**DRIVEN** INC.
A SOLUTIONS BASED COMPANY
6400 ARLINGTON BLVD. SUITE 750
FALLS CHURCH, VA 22042
P - 703.533.9200    FAX - 703.533.9110
WWW.DRIVEN-INC.COM

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/26/2010 | 46848 |

| Bill To |
|---------|
| Storch Amini & Munves PC<br>2 Grand Central Tower<br>140 East 45th Street, 25th Floor<br>New York, NY 10017<br>Attn: Richard Harriprasad |

| Ship To |
|---------|
| Storch Amini & Munves PC<br>2 Grand Central Tower<br>140 East 45th Street, 25th Floor<br>New York, NY 10017<br>Attn: Richard Harriprasad |

| P.O. Number | Terms | Due Date | Rep | Ship | Via | Job Requestor | Driven Project # |
|-------------|-------|----------|-----|------|-----|---------------|------------------|
| 8860.04 | Net 30 | 11/25/2010 | SF | 10/26/2010 | DRIVEN | Richard Harriprasad | 20448.1 |

| Quantity | Item | Description | Price Each | Amount |
|----------|------|-------------|------------|--------|
| 2,486 | B & W Copies | B&W Blowback - 8.5x11 | 0.06 | 149.16T |
| 146 | Tab-Alpha Numeric | Standard Tab | 0.20 | 29.20T |
| | | Client Matter: Douglas E. Palermo [8860.04] | | |
| | | Sales Tax | 8.875% | 15.83 |

| Thank you for your business. | | |
|------------------------------|---|---|
| | **Total** | $194.19 |
| NY | **Payments/Credits** | $0.00 |
| | **Balance Due** | **$194.19** |

Federal Tax ID Number:   54-2056355

*Client has 30 days from receipt of Driven work-product to inspect the work. If no objection to quality is made within this 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.*

# EXHIBIT G

COPIES

| User | Date | Case Name | Case Number | Usage type (direct to copier or bates labeling) Approx # of copies |
|------|------|-----------|-------------|--------------------------------------------------------------------|
| | | | | |

REDACTED

| MS | 10/20 | Kittay re: Palermo re Korff | 8860.04 | ~~XXX~~ - DTC - 430 — |

REDACTED

| MS | 10/25 | Kittay re: Palermo re: Korff | 8860.04 | 2,000 - DTC — |
| MS | 10/26 | " " " | " . | 1,500 - DTC — |

REDACTED

| MS | 10/27 | Kittay re: Palermo re koff | 8860.04 | 700 - DTC — |

COPIES

| Jser | Date | Case Name | Case Number | Usage type (direct to copier or bates labeling) Approx # of copies |
|------|------|-----------|-------------|-------------------------------------------------------------------|

# REDACTED

| LF | 10/25 | Kittay re. Palermo re. Kaff | 8860.04 | 500 - DTC |
| RF | 10/26 | '' | '' | 1,000 - DTC |
| RF | 10/27 | '' | '' | 2,000 - DTC |
| RF | 10/24 | '' | '' | 2,000 - DTC |

# REDACTED

| | | | | |
|--|--|--|--|--|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

COPIES

| r | Date | Case Name | Case Number | Usage type (direct to copier or bates labeling) Approx # of copies |
|---|---|---|---|---|
| | | | | |
| | | | | |

REDACTED

| | | | | |
|---|---|---|---|---|
| MS | 10/12 | Kittay re Palermo Korff | 8860.04 | 1,000 - DTC  — |

REDACTED

| | | | | |
|---|---|---|---|---|
| MS | 10/22 | Kittay re Palermo re Korff | 8860.04 | 80 - DTC  — |
| MS | 10/23 | " | " | 200 - DTC  — |

REDACTED

| | | | | |
|---|---|---|---|---|
| RA | 10/26 | Kittay re: Palermo (Korff) | 8860.04 | 600 - DTC  — |

REDACTED

| | | | | |
|---|---|---|---|---|
| | | | | |

Equitrac *Professional v3.5*

**Storch Amini & Munves, P.C.**
**Transaction Report, Photocopy, By Date**
**(Client/Matter Code=8860.04)**

Page 1 of 1

**From Oct. 25, 2010 To Oct. 31, 2010 23:59**

**Ran on: Nov. 03, 2010 4:26 PM**

| Type | Date Time | User | Client/Matter | Device Name | Description | Duration | Items | Cost | St. |
|------|-----------|------|---------------|-------------|-------------|----------|-------|------|-----|
| Copy | Oct. 25, 2010 00:16:20 | 220 - Monahan, Tom | 8860.04 | Copier/eC | | 00:05:24 | 18 | $3.60 | P |
| Copy | Oct. 25, 2010 00:26:57 | 275 - Flaschner, Rachel | 8860.04 | Copier/eC | | 00:06:06 | 72 | $14.40 | P |
| Copy | Oct. 25, 2010 00:43:10 | 275 - Flaschner, Rachel | 8860.04 | Copier/eC | | 00:09:15 | 43 | $8.60 | P |
| Copy | Oct. 25, 2010 12:55:12 | 210 - Scheler, Maddie | 8860.04 | Copier/eC | | 00:05:15 | 8 | $1.60 | P |
| Copy | Oct. 25, 2010 13:01:54 | 210 - Scheler, Maddie | 8860.04 | Copier/eC | | 00:05:39 | 44 | $8.80 | P |
| Copy | Oct. 25, 2010 13:33:55 | 210 - Scheler, Maddie | 8860.04 | Copier/eC | | 00:16:28 | 735 | $147.00 | P |
| Copy | Oct. 25, 2010 20:46:28 | 275 - Flaschner, Rachel | 8860.04 | Copier/eC | | 00:06:49 | 130 | $26.00 | P |
| Copy | Oct. 25, 2010 22:57:39 | 275 - Flaschner, Rachel | 8860.04 | Copier/eC | | 00:05:24 | 20 | $4.00 | P |
| Copy | Oct. 25, 2010 23:05:33 | 210 - Scheler, Maddie | 8860.04 | Copier/eC | | 00:06:22 | 93 | $18.60 | P |
| Copy | Oct. 26, 2010 22:41:30 | 248 - Karl, Amanda | 8860.04 | Copier/eC | | 00:05:25 | 2 | $0.40 | P |
| Copy | Oct. 26, 2010 22:49:24 | 248 - Karl, Amanda | 8860.04 | Copier/eC | | 00:00:17 | 1 | $0.20 | P |
| Copy | Oct. 27, 2010 01:02:13 | 248 - Karl, Amanda | 8860.04 | Copier/eC | | 00:05:47 | 24 | $4.80 | P |
| Copy | Oct. 27, 2010 02:31:29 | 248 - Karl, Amanda | 8860.04 | Copier/eC | | 01:09:33 | 4132 | $826.40 | P |
| Copy | Oct. 27, 2010 02:33:32 | 220 - Monahan, Tom | 8860.04 | Copier/eC | | 00:06:18 | 54 | $10.80 | P |
| Copy | Oct. 27, 2010 12:15:51 | 210 - Scheler, Maddie | 8860.04 | Copier/eC | | 00:29:31 | 2040 | $408.00 | P |
| Copy | Oct. 27, 2010 19:48:02 | 220 - Monahan, Tom | 8860.04 | Copier/eC | | 00:08:10 | 75 | $15.00 | P |
| Copy | Oct. 27, 2010 21:29:10 | 275 - Flaschner, Rachel | 8860.04 | Copier/eC | | 00:05:04 | 1 | $0.20 | P |
| Copy | Oct. 27, 2010 22:30:24 | 275 - Flaschner, Rachel | 8860.04 | Copier/eC | | 00:05:56 | 3 | $0.60 | P |
| Copy | Oct. 28, 2010 01:44:27 | 275 - Flaschner, Rachel | 8860.04 | Copier/eC | | 00:06:30 | 4 | $0.80 | P |
| Copy | Oct. 28, 2010 01:50:10 | 245 - Hutchinson, Gene | 8860.04 | Copier/eC | | 00:49:05 | 1596 | $319.20 | P |
| Copy | Oct. 28, 2010 01:56:03 | 275 - Flaschner, Rachel | 8860.04 | Copier/eC | | 00:05:32 | 6 | $1.20 | P |
| Copy | Oct. 28, 2010 02:43:16 | 245 - Hutchinson, Gene | 8860.04 | Copier/eC | | 00:06:41 | 92 | $18.40 | P |
| Copy | Oct. 28, 2010 03:13:22 | 275 - Flaschner, Rachel | 8860.04 | Copier/eC | | 00:15:56 | 481 | $96.20 | P |
| Copy | Oct. 28, 2010 03:22:29 | 275 - Flaschner, Rachel | 8860.04 | Copier/eC | | 00:05:16 | 10 | $2.00 | P |
| Copy | Oct. 28, 2010 03:40:28 | 275 - Flaschner, Rachel | 8860.04 | Copier/eC | | 00:17:43 | 811 | $162.20 | P |
| Copy | Oct. 28, 2010 03:47:45 | 245 - Hutchinson, Gene | 8860.04 | Copier/eC | | 00:06:57 | 50 | $10.00 | P |

**Report Totals:**                                                          **05:16:23    10545    $2,109.00**

Record Count:      26