UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID R. KITTAY,<br><br>                  Plaintiff,<br><br>-v-<br><br>JOSEPH KORFF,<br><br>                  Defendant. | Case No. 08 CV 7421 (RPP)<br><br>**NOTICE OF MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL** |

      PLEASE TAKE NOTICE, that upon the accompanying memorandum of law, Declaration of Carl W. Oberdier, executed March 17, 2011, and the exhibits attached thereto, the defendant moves this Court:

    a.  For Judgment as a Matter of Law, pursuant to Fed. R. Civ. P. 50(b); or in the alternative

    b.  For a New Trial pursuant to Fed. R. Civ. P. 50(b) and 59(a); and

    c.  Such further relief as the Court deems just and proper.

Dated: New York, New York  
         March 17, 2011

Respectfully submitted,

/s/ Carl W. Oberdier

Carl W. Oberdier (CO-4150)  
coberdier@schiffhardin.com  
Kellen G. Ressmeyer  
kressmeyer@schiffhardin.com  
SCHIFF HARDIN LLP  
900 Third Avenue  
New York, New York 10022  
Telephone: (212) 753-5000  
Facsimile: (212) 753-5044

Andrea Marcus (AM-1994)  
Andrea.marcus@gmail.com  
c/o Arc Development LLC  
250 Park Avenue, Suite 501  
New York, New York 10177  
Telephone: 203-767-2580  
Facsimile: (212) 702-5807

*Counsel for Defendant Joseph Korff*