UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID R. KITTAY,<br><br>      Plaintiff,<br><br> -v-<br><br>JOSEPH KORFF,<br><br>      Defendant. | Case No. 08 CV 7421 (RPP)<br><br>**NOTICE OF MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL** |

    PLEASE TAKE NOTICE, that upon the accompanying memorandum of law, Declaration of Carl W. Oberdier, executed March 17, 2011, and the exhibits attached thereto, the defendant moves this Court:

  a. For Judgment as a Matter of Law, pursuant to Fed. R. Civ. P. 50(b); or in the alternative

  b. For a New Trial pursuant to Fed. R. Civ. P. 50(b) and 59(a); and

   c. Such further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: New York, New York<br>       March 17, 2011 | Respectfully submitted,<br><br>*/s/ Carl W. Oberdier*<br>Carl W. Oberdier (CO-4150)<br>coberdier@schiffhardin.com<br>Kellen G. Ressmeyer<br>kressmeyer@schiffhardin.com<br>SCHIFF HARDIN LLP<br>900 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 753-5000<br>Facsimile: (212) 753-5044<br><br>Andrea Marcus (AM-1994)<br>Andrea.marcus@gmail.com<br>c/o Arc Development LLC<br>250 Park Avenue, Suite 501<br>New York, New York 10177<br>Telephone: 203-767-2580<br>Facsimile: (212) 702-5807<br><br>*Counsel for Defendant Joseph Korff* |