# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
### 40 Foley Square
### New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: March 24, 2011
Docket #: 11-848
Short Title: In re: Douglas Palermo

DC Docket #: 08-cv-7421
DC Court: SDNY (NEW YORK CITY)
DC Judge: Patterson

## NOTICE OF STAY OF APPEAL

A notice of appeal was filed in this case on March 3, 2011. Since at least one motion cited in FRAP 4(a)(4), has been filed in the district court, this appeal is stayed pending resolution of the motion(s).

Appellant is directed to inform this Court in writing of the status of the motion(s) within 14 days of the date of this notice, thereafter at 30 day intervals, and immediately upon final disposition of the last outstanding motion. Appellant is also directed to provide the Court with a copy of all dispositive orders.

Inquiries regarding this case may be directed to 212-857-8520.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 24, 2011
```