

**SCHIFF HARDIN** LLP

900 Third Avenue
New York, New York  10022
t 212.753.5000
f 212.753.5044
www.schiffhardin.com

Carl W. Oberdier
212-745-0848
coberdier@schiffhardin.com

March 29, 2011

**BY FACSIMILE**

The Honorable Robert P. Patterson, Jr.
United States District Court
Southern District of New York
Courtroom 24A
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/11

*Kittay v. Korff*
Case No. 08-CV-7421 (RPP)

Dear Judge Patterson:

Because of an illness in my family, the parties have agreed to an extended briefing schedule for Defendant's Motion for Judgment As a Matter of Law Or, In the Alternative, For A New Trial, which we filed on March 17, 2011. We respectfully request that the Court approve the following schedule:

- Plaintiff's Opposition Papers will be due on April 14, 2011.
- Defendant's Reply Papers will be due on May 2, 2011.

Respectfully submitted,

Carl W. Oberdier

cc:     All Counsel (by electronic mail)

Application granted
So ordered
Robert P Patterson
USDJ
3/29/11

Chicago I Washington I New York I Lake Forest I Atlanta I San Francisco I Boston