UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID R. KITTAY,<br><br>                    Plaintiff,<br><br>         -v-<br><br>JOSEPH KORFF,<br><br>                    Defendant. | Case No. 08 CV 7421 (RPP)<br><br>REPLY DECLARATION<br>OF CARL W. OBERDIER |

Carl W. Oberdier declares the following under penalties of perjury:

1. I am a partner of the firm Schiff Hardin LLP, attorneys for Defendant Joseph Korff ("Defendant"), in the above-captioned matter. I have actual knowledge of the facts set forth herein. I make this declaration in support of Defendant's Reply Memorandum of Law in Support of Defendant's Motion For Judgment As A Matter of Law Or, In The Alternative, For A New Trial, pursuant to Fed. R. Civ. P. 50(b) and 59(a).

2. Attached as Exhibits A through C are true and correct copies of the following:

    Exhibit A:   Excerpts from the General Ledger of the Law Firm of Joseph Korff (PX-75).

    Exhibit B:   Excerpts from the transcript of the trial held in this matter from October 25, 2010, through October 28, 2010.

    Exhibit C:   Defendant's Amended Requests to Charge the Jury.

Executed on May 2, 2011, at New York, New York.

_____
CARL W. OBERDIER

NY\ 50973473.1