# Exhibit A

9:11 PM
10/25/10
Accrual Basis

# Law Firm of Joseph Korff
## General Ledger
### As of December 31, 2005

| Type | Date | Num | Adj | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **1500 · Loans Receivable - Other** | | | | | | | | | 0.00 |
| Check | 12/23/1999 | 9718 | | Beekman Street Consulting | Loan | 1000 · Checking Account - 86550-0 | 15,000.00 | | 15,000.00 |
| Total 1500 · Loans Receivable - Other | | | | | | | 15,000.00 | 0.00 | 15,000.00 |

REDACTED

REDACTED